## In re LG ELECTRONICS, INC.

No. 2011–1248.
Reexamination No. 90/008,522.

United States Court of Appeals, Federal Circuit.

March 14, 2012.

Eric A. Shumsky, Sidley Austin LLP, of Washington, DC, argued for appellant. With him on the brief were Tacy F. Flint, of Chicago, IL, and Peter H. Kang, of Palo Alto, CA. Of counsel were Kenie Ho, Finnegan, Henderson, Farabow, of Washington, DC, Erik R. Puknys, of Palo Alto, CA, and Andrew C. Sonu, of Reston, VA.

William Lamarca, Associate Solicitor, United States Patent & Trademark Office,

Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

NEWMAN, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.